IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

ELLIOTT LEWIS,

      Appellant,

 v.

STATE OF FLORIDA,

      Appellee.

_____/

Case No.  5D22-2794
LT Case No. 2005-CA-0186

Decision filed June 20, 2023

3.850 Appeal from the Circuit Court
for Putnam County,
Howard O. McGillin, Jr., Judge.

Elliott Lewis, Lowell, pro se.

Ashley Moody, Attorney General,
Tallahassee, and Kaylee D. Tatman,
Assistant Attorney General, Daytona
Beach, for Appellee

PER CURIAM.

     AFFIRMED.

LAMBERT, C.J., EISNAUGLE and SOUD, JJ., concur.